691/390

## TRIAL COURT CAUSE NO.  F10-00435-S
## COURT OF CRIMINAL APPEALS NO.  PD-0573-14

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 282ND JUDICIAL |
| V. | § | DISTRICT COURT |
| PATRICIA DONALDSON | § | DALLAS COUNTY, TEXAS |

## ORDER APPOINTING COUNSEL

In accordance with the order of the Court of Criminal Appeals in this cause, this Court determined that the defendant/appellant, Patricia Donaldson, did desire to have counsel represent her on her appeal.  The Court finds that the defendant/appellant filed a pauper's oath and was determined to be indigent at the time she filed her notice of appeal.  The defendant/appellant was represented on direct appeal by the Appellate Division of the Dallas County Public Defenders Office.  The Court finds that there is no evidence demonstrating a change in circumstance.  The Court therefore finds that the defendant/appellant remains indigent.

The Court appoints the Appellate Division of the Dallas County Public Defenders Office, 133 N. Riverfront Blvd. – LB 2, Dallas, Texas 75207, to represent the defendant/appellant on her petition for discretionary review.

The Clerk of this Court is ordered to immediately forward a copy of this order to the Court of Criminal Appeals in Austin.  The Clerk is further ordered to immediately forward a copy of this order to the Appellate Division of the Dallas County Public

Defenders Office and to the defendant/appellant, Patricia Donaldson, Dallas County

Jail, Bookin Number 13028305.

      **SIGNED** this _____ day of February, 2015.

 

 

                                AMBER GIVENS-DAVIS, JUDGE
                                282ND JUDICIAL DISTRICT COURT
                                DALLAS COUNTY, TEXAS